IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| REGENT J. GODDARD, | § | |
| | § | No. 190, 2017 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 0004016373 (N) |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: May 24, 2017
Decided: July 6, 2017

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

# **O R D E R**

This 6th day of July 2017, the Court has considered this matter on the basis of the opening brief and the State's motion to affirm and has determined that the Superior Court's judgment summarily dismissing the appellant's untimely motion for postconviction relief should be affirmed on the basis of and for the reasons assigned by the Superior Court in its well-reasoned Order dated April 13, 2017.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice